STEVEN W. MYHRE
Acting United States Attorney

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *patrick.rose@usdoj.gov*

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA D. RICHARDSON, in her capacity as Receiver of Nevada Health Co-Op., | Case No. 2:17-cv-00775-JCM-PAL |
| Plaintiff, | **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES; THOMAS E. PRICE, M.D., in his capacity as the U.S. Secretary of Health and Human Services; and THE UNITED STATES, | |
| Defendants. | |

Pursuant to LR IA 11-3, the United States Attorney respectfully requests that this honorable Court admit Government attorney Frances M. McLaughlin to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 11-3 provides as follows:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the

employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Frances M. McLaughlin is a Senior Trial Counsel with the U.S. Department of Justice's Corporate and Financial Litigation Section. Ms. McLaughlin is an active member in good standing of the bar of Florida, Bar No. 256640. Her contact information is as follows:

Frances M. McLaughlin
Senior Trial Counsel
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Room 10020
Washington, D.C. 20005
Tel: (202) 307-0487
Fax: (202) 307-0494
Email: Frances.McLaughlin@usdoj.gov

Accordingly, the United States Attorney respectfully requests that the Court admit Frances M. McLaughlin to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 31st day of March 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** 4/6/2017

**PROOF OF SERVICE**

I, Patrick A Rose, certify that the following persons were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date, and via the method of service, stated below:

**Electronic Case Filing:**

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails: ferrariom@gtlaw.com
swanise@gtlaw.com

Dated this 31st day of March 2017.

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney