STEVEN W. MYHRE
Acting United States Attorney

CHAD A. READLER
Acting Assistant Attorney General

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

FRANCES M. MCLAUGHLIN
TERRANCE A. MEBANE
United States Department of Justice
Senior Trial Attorney
1100 L Street NW, Room 10020
Washington, DC 20005
Telephone: (202) 307-0487
Facsimile: (202) 307-0494
Email: *Frances.McLaughlin@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA D. RICHARDSON, in her capacity as Receiver of Nevada Health Co-Op., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 2:17-cv-00775-JCM-PAL <br><br> **STIPULATION REGARDING THE TIME FOR THE UNITED STATES TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and in order to comply with Rules 4(i) and 12(a)(2) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the United States Department of Health and Human Services, the Centers for Medicare & Medicaid Services, and Dr. Thomas E. Price, in his capacity as Secretary of the Department of Health and Human Services (the "United States") shall have up to and including May 27, 2017 to answer, plead or otherwise move in response to the Complaint. This Stipulation is meant only to correct the response date automatically generated

by the Court's Electronic Case Filing System and to give the United States its complete 60 days to respond to the Complaint as required under the Federal Rules.

Dated: April 20, 2017  Respectfully submitted:

By: */s/ Frances M. McLaughlin*
FRANCES M. MCLAUGHLIN
TERRANCE A. MEBANE
United States Department of Justice
Senior Trial Attorney

*Attorneys for the United States*

Dated: April 20, 2017  Respectfully submitted:

By: */s/ Eric W. Swanis*
MARK E. FERRARIO
ERIC W. SWANIS
Greenberg Traurig LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Barbara D. Richardson*

**ORDER**

IT IS SO ORDERED.

Dated: April 21, 2017

UNITED STATES MAGISTRATE JUDGE