STEVEN W. MYHRE
Acting United States Attorney

CHAD A. READLER
Acting Assistant Attorney General

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

FRANCES M. MCLAUGHLIN
TERRANCE A. MEBANE
United States Department of Justice
Senior Trial Attorney
1100 L Street NW, Room 10020
Washington, DC 20005
Telephone: (202) 307-0487
Facsimile: (202) 307-0494
Email: *Frances.McLaughlin@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA D. RICHARDSON, in her capacity as Receiver of Nevada Health Co-Op., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 2:17-cv-00775-JCM-PAL <br><br> **STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND SETTING FORTH A PROPOSED BRIEFING SCHEDULE FOR THE UNITED STATES' FORTHCOMING MOTION TO DISMISS THE COMPLAINT** |

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO SET A BRIEFING SCHEDULE**
**(First Request)**

Pursuant to LR IA 6-1, together, plaintiff, Barbara D. Richardson, in her capacity as Receiver of Nevada Health Co-Op (hereinafter "Richardson" or Plaintiff) and defendants, the United States Department of Health and Human Services, the Centers for Medicare & Medicaid Services, and

1

Dr. Thomas E. Price, in his capacity as Secretary of the Department of Health and Human Services (hereinafter the "United States" or Defendants) (together, the "Parties"), hereby seek approval of this Stipulation to (**A**) extend the time for the Defendants to respond to the Complaint by 30 days (from May 30, 2017 to June 29, 2017) and (**B**) set a briefing schedule for the United States' forthcoming motion to dismiss. This is the first request for an extension of time and the first request for approval of a stipulated briefing schedule.

Plaintiff filed her Complaint on March 16, 2017, and the Defendants' deadline for responding to that Complaint is May 30, 2017. This case arises under the Patient Protection and Affordable Care Act, Pub. L. No. 111-148 (March 23, 2010) (the "Act" or "ACA") and involves several technically-detailed provisions of the ACA, jurisdictional issues, and complex issues of appropriations law. The undersigned counsel represents the United States in over two dozen related cases, which implicate a total of $8.3 billion in federal funding for the 2014 and 2015 benefit years, with a likely additional amount yet to be determined for the 2016 benefit year.

In light of the nature of the issues presented by this case—and due to the undersigned's professional and personal scheduling conflicts from mid-May through June—the United States respectfully requests a 30-day enlargement of time to respond to the Complaint to June 29, 2017.

At that time, the United States intends to file a Motion to Dismiss. If the above extension request is granted, Plaintiff's Response to the Motion to Dismiss would be due July 13, 2016 and Defendants' Reply would be due July 20, 2017. Due to their respective conflicts over the summer months (both professional and personal), the Parties concur that 30-day extensions of time from the dates that would be required by local rule are needed to effectively brief the Response and Reply to the Motion to Dismiss.

Accordingly, the Parties stipulate to the following briefing schedule for the United States forthcoming Motion to Dismiss:

1. Defendants' Motion to Dismiss is to be filed no later than June 29, 2017.

2. Plaintiff's Response is to be filed no later than August 14, 2017.

3. Defendants' Reply is to be filed no later than September 20, 2017.

Dated: May 15, 2017            Respectfully submitted:

By:    */s/ Frances M. McLaughlin*
       FRANCES M. MCLAUGHLIN
       TERRANCE A. MEBANE
       United States Department of Justice
       Senior Trial Attorney

*Attorneys for the United States*

Dated: May 15, 2017            Respectfully submitted:

By:    */s/ Eric W. Swanis*
       MARK E. FERRARIO
       ERIC W. SWANIS
       Greenberg Traurig LLP
       3773 Howard Hughes Parkway
       Suite 400 North
       Las Vegas, Nevada 89169

*Attorneys for Plaintiff Barbara D. Richardson*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE (or)
UNITED STATES MAGISTRATE JUDGE

Dated: **May 18, 2017**