MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com
swanise@gtlaw.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA D. RICHARDSON, in her capacity as Receiver of Nevada Health Co-Op.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES; THOMAS E. PRICE, M.D., in his capacity as the U.S. Secretary of Health and Human Services; and THE UNITED STATES,<br><br>Defendants. | Case No.: 2:17-cv-00775-JCM-PAL<br><br>**STIPULATION [AND ORDER] TO EXTEND BRIEFING SCHEDULE REGARDING UNITED STATES' MOTION TO DISMISS COMPLAINT [DKT. # 17]**<br>**(First Request to Modify Briefing Schedule)** |

COME NOW Plaintiff, Barbara D. Richardson, in her capacity as Receiver of Nevada Health Co-Op. ("Receiver"), and Defendants, U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services, Thomas E. Price, M.D., in his capacity as the U.S. Secretary of Health and Human Services, and the United States ("United States" or "HHS") (together, the "Parties"), by and through their respective counsel of record, and pursuant to LR IA 6-1 and in order to comply with Rules 4(i) and 12(a)(2) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to modify the existing briefing schedule in this case with respect to HHS' Motion to Dismiss the Complaint ("Motion"), filed with this Court on June 29, 2017. *See* DKT. # 13.

1

In light of the nature of the issues in the case – and to accommodate the Receiver's counsel's professional and personal scheduling conflicts, including numerous out-of-state depositions and trial preparations – the Parties stipulate that the Receiver shall have up to and including August 28, 2017 in which to respond to the Motion.

HHS shall have up to and including October 4, 2017 to submit a reply brief in support of the Motion.

| | |
|---|---|
| DATED this 8th day of August, 2017. | DATED this 8th day of August, 2017. |
| GREENBERG TRAURIG, LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| */s/ Eric W. Swanis* | */s/ Frances M. McLaughlin* |
| MARK E. FERRARIO, ESQ.<br>Nevada Bar No. 1625<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>3773 Howard Hughes Pkwy., Suite 400N<br>Las Vegas, NV 89169<br>*Counsel for Plaintiff* | FRANCES M. MCLAUGHLIN<br>TERRANCE A. MEBANE<br>United States Department of Justice<br>Senior Trial Attorney<br>*Counsel for United States* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 10, 2017

LV 420960884v3 170678.010100