CHAD A. READLER
Acting Assistant Attorney General

DAYLE ELIESON
Interim United States Attorney

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

FRANCES M. MCLAUGHLIN
United States Department of Justice
Senior Trial Counsel
1100 L Street NW, Room 10020
Washington, DC 20005
Telephone: (202) 307-0487
Facsimile: (202) 307-0494
Email: *Frances.McLaughlin@usdoj.gov*

*Attorneys for the United States*

CHAD A. READLER
Acting Assistant Attorney General

DAYLE ELIESON
Interim United States Attorney

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

FRANCES M. MCLAUGHLIN
United States Department of Justice
Senior Trial Counsel
1100 L Street NW, Room 10020
Washington, DC 20005
Telephone: (202) 307-0487
Facsimile: (202) 307-0494
Email: *Frances.McLaughlin@usdoj.gov*

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA D. RICHARDSON, in her capacity as Receiver of Nevada Health Co-Op., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendants. | Case No.: 2:17-cv-00775-JCM-PAL <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON PROPOSED SCHEDULING ORDER** <br><br> **(Third Request)** |

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON PROPOSED SCHEDULING ORDER**

Plaintiff, Barbara D. Richardson, in her capacity as Receiver of Nevada Health Co-Op ("Richardson" or the "Receiver") and Defendants, U.S. Department of Health and Human Services, et al. ("United States" or "HHS") (together, the Parties), by and through their respective counsel, hereby stipulate to continue the hearing set for Tuesday, April 3,

Stipulation and Proposed Order - 1

2018 for 42 days to May 15, 2018 (or a date that is convenient to the Court thereafter). There are two reasons for this stipulated request. First, since the Parties' second stipulation, an important medical appointment has been scheduled for HHS's counsel in Virginia on the same date as the April 3, 2018 hearing. Second, the Parties continue to progress in resolving their dispute.

Pending before the Court is Richardson's Proposed Scheduling Order (Dkt. 30) and the United States' Motion to Reject Plaintiff's Proposed Scheduling Order (Dkt. 31). The Court set Tuesday, April 3, 2018 for hearing on this dispute. This is the third request to reschedule that hearing.

The Parties respectfully request that the Court continue the hearing to May 15, 2018 or a date thereafter that is convenient for the Court, and that Plaintiff's Response to the United States' Motion to Reject Plaintiff's Proposed Scheduling Order be set at 5 days prior to the hearing date.

All parties stipulate and consent to the granting of the relief requested herein, and no prejudice will result to any party from the granting of such relief.

| | |
|---|---|
| DATED this 14th day of March, 2018. | DATED this 14th day of March, 2018. |
| GREENBERG TRAURIG, LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| */s/ Donald L. Prunty* <br> MARK E. FERRARIO, ESQ. <br> Nevada Bar No. 1625 <br> DONALD L. PRUNTY, ESQ. <br> Nevada Bar No. 8230 <br> ERIC W. SWANIS, ESQ. <br> Nevada Bar No. 6840 <br> 3773 Howard Hughes Pkwy., Suite 400N <br> Las Vegas, NV 89169 <br> *Counsel for Plaintiff* | */s/ Frances M. McLaughlin* <br> FRANCES M. MCLAUGHLIN, ESQ. <br> 1100 L Street, NW, Room 10020 <br> Washington, D.C. 20005 <br> *Counsel for the United States* |

Having reviewed and considered the matter,

**IT IS ORDERED** that the scheduling conference on the [30] Case Management Report, and [31] Motion to Deny Case Management Report currently set for April, 30, 2018 at 9:00 a.m., is **VACATED** and **CONTINUED** to May 21, 2018, at 10:00 a.m., in Courtroom 3A.

**IT IS FURTHER ORDERED** that plaintiff's response to the [31] Motion to Deny Case Management Report is due no later than May 14, 2018.

Dated: March 21, 2018

                                                Peggy A. Leen
                                                United States Magistrate Judge